UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHESTER R. HOFFMAN,

    Plaintiff,

v.        CASE NO. 8:17-cv-1594-T-23JSS

CRYSTAL LAZANIS,

    Defendant.
_____/

**ORDER**

    Chester Hoffman, a Florida citizen, sues (Doc. 1) Crystal Lazanis, a Florida citizen, for conversion and attempts to invoke diversity jurisdiction under 28 U.S.C. § 1332.  Magistrate Judge Sneed recommends (Doc. 5) dismissing the action.  More than fourteen days after the report and recommendation, Hoffman submits no objection.  The report and recommendation (Doc. 5) is **ADOPTED**, and the action is **DISMISSED WITHOUT PREJUDICE** for failure to invoke diversity jurisdiction.  The clerk is directed to terminate the pending motion and to close the case.

    ORDERED in Tampa, Florida, on July 21, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE